Court of Appeals No. 04-15-00219-CV
Trial Court No. 2014-CV-0393

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED
2015 APR 28 PH 2:40

Keith E. Hottle

IN THE

FOURTH COURT OF APPEALS

SAN ANTONIO, TEXAS

DAVID GOAD
Appellant,

v.

JAMIE OSBORNE,
Appelle.

REQUEST TO PROCEED *IN FORMA PAUPERIS*

TO THE HONORABLE FOURTH COURT OF APPEALS:

David Goad (Goad), Appellant in this proceeding, files this REQUEST TO PROCEED *IN FORMA PAUPERIS* for the following reason:

1. Goad motioned the trial court to proceed *In Forma Pauperis* in late 2014. On December 17, 2014, Judge Jones found Goad indigent and issued Exhibit "A", incorporated herein by reference as all other (if any) exhibit's. Without success, Goad later motioned the court (4 times) to sign an order allowing Goad to proceed *In Forma Pauperis*.

2. At a hearing on February 18, 2015, Goad again requested Judge Robin Dwyer (took over the case after Judge Linda Jones left the bench) sign an order allowing Goad to proceed *In Forma Pauperis*. It was clear to Goad before the February hearing that this issue was going to a

1

higher court. Judge Dwyer stated that the order Judge Jones had signed had the same meaning and he was not going to sign any other order since he was not a part of the first hearing.

## REQUEST

3. David Goad, asks the Honorable Court to allow him to continue *In Forma Pauperis*.

Respectfully submitted,

David Goad, Appellant *Pro Se*
1154 Rivertree Drive
New Braunfels, Texas 78130
830-515-2052

## Certificate of Service

I certify that a true copy of this **REQUEST TO PROCEED *IN FORMA PAUPERIS*** was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party on March 23, 2015 as follows:

Jeremy R. Sloan, Esq.
16500 San Pedro., Suite 410
San Antonio, Texas 78232
U.S. Mail

David Goad

2



**JUDGE LINDA Z. JONES**
COUNTY COURT AT LAW

Karen K. Nelson
COURT COORDINATOR

Guadalupe County Justice Center
211 W. Court Street, Suite #330
Seguin, Texas 78155
830-303-8869 / Fax 830-303-5325

| Cause No. (No Cause #) 2014- CV-0393 | | |
|---|---|---|
| DAVID GOAD (Plaintiff) | § | IN THE COUNTY COURT |
| VS. | § | AT LAW |
| JAMIE OSBORN (Defendant) | § | GUADALUPE COUNTY, TEXAS |

## ORDER

On December 17, 2014 the Court had a hearing on Applicants Statement of Inability to Post an Appeal Bond. All parties were present. After hearing arguments of the parties, the Court hereby grants Applicant David Goad's Inability to Post an Appeal Bond and ORDERS the appeal to be filed in the County Court at Law without payment of Appeal Bond or any fees as related to such appeal and the Court directs the Justice Court to transmit to the Clerk of the County Court at Law all the transcripts, records and papers of the case as provided by these rules.

SIGNED AND ENTERED this the 17th day of December, 2014.

_____
JUDGE PRESIDING

Cc:
Mr. David Goad
Mr. Jeremy Sloan

*Exhibit "A"*